■ In the Matter of the Claim of DARREN ANDERSON, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 26, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Stein, Garry, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.